UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARIE DUMORNE ARMAND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 12-10457-LTS |
| HOMECOMINGS FINANCIAL NETWORK, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

JUDGMENT

June 15, 2012

SOROKIN, C.M.J.

In accordance with the order on the Motion to Dismiss entered on June 15, 2012, JUDGMENT FOR THE DEFENDANTS Homecomings Financial Network, Inc.; Mortgage Electronic Registration Systems, Inc.; GMAC Mortgage LLC; and Federal National Mortgage Association and AGAINST PLAINTIFF Marie Dumorne Armand is hereby ORDERED AND ADJUDGED as to all counts of Plaintiff's Complaint. Each party shall bear its own costs.

    /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE